# Exhibit D

# INVOICE

**DATE**
07/20/2022

Mason Jappa
ASIC NET LLC

**Invoice 1091**

**INVOICE TO:** WT DATA MINING AND SCIENCE CORP.
8040 Hosbrook Rd., Ste. 202, Cincinnati, OH 45236

**SHIP TO:** WT DATA MINING AND SCIENCE CORP.
8040 Hosbrook Rd., Ste. 202, Cincinnati, OH 45236

**SHIPPING COORDINATED BY THE SELLER AND THE SHIPPING COST IS INCLUDED IN THE PRICE PRODUCTS ARE SOLD AS IS – SELLER IS AWARE THE BATCH HAS DEFECTIVE PRODUCTS**

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| **Total Quantity: 590** <br> **Billable Quantity: 590** | **200 X USED A1246 85T** <br> **390 X USED A1246 87T** | ~$1,118.65 | $660,000 |

Total       $660,000

Bank Account Information:
Mason Jappa
124 West 23rd Street, 6B,
New York, NY 10011

Wire Details:


Bank Address:
Chase Bank
383 Madison Avenue,
New York, New York 10017