# Exhibit G



Timothy C. Bauman
tbauman@baumanlawgroup.com
(914) 337-1715

May 1, 2023

Jaime Dorenbaum
Foley & Lardner LLP
555 California Street, Suite 1700
San Francisco, CA 94104

Re:   **Non-Payment and Default on Settlement Agreement and Release**

Dear Mr. Dorenbaum:

      We represent ASIC Net LLC ("ASIC Net" or "our Client") and write regarding WT Data Mining and Science Corp.'s ("WT Data Mining") non-payment and default of its obligations under the settlement agreement and release ("Settlement Agreement," attached hereto as **Exhibit 1**).  As you are aware, this Settlement Agreement was entered because of WT Data Mining's previous breach of contract and non-payment for goods and services rendered pursuant to the Service Agreement, dated July 22, 2022, the First Amendment to Service Agreement, dated December 5, 2022 (collectively the "Service Agreements", attached hereto as **Exhibit 2**) and Invoice Number 1091, dated July 20, 2022 (the "Invoice", attached hereto as **Exhibit 3**).[1]  WT Data Mining has refused to complete payment as outlined in the Settlement Agreement and is currently $260,000.00 (Two Hundred Sixty Thousand and 00/100 Dollars) in arrears.

      WT Data Mining is in default of its obligations under the terms of the Settlement Agreement due to its non-payment.[2]  Generally, the Settlement Agreement was to settle all potential claims and resolve any and all disputes and disparagements between the Parties,[3] with a total agreed payment of $260,000.00 (Two Hundred Sixty Thousand and 00/100 Dollars) from WT Data Mining to ASIC Net to be paid in four installments according to the following schedule:

- Payment 1: $70,000 (Seventy Thousand Dollars) due on March 30, 2023;
- Payment 2: $70,000 (Seventy Thousand Dollars) due on April 7, 2023;

---

[1] As reflected in the Settlement Agreement, WT Data Mining is in receipt of all of the goods and services agreed to by the Parties under the Service Agreements and Invoice.
[2] The Settlement Agreement provides for New York law. Settlement Agreement § 11.
[3] ASIC Net's release of potential claims against WT Data Mining was contingent on WT Data Mining's payment in full of the Settlement Amount. Settlement Agreement § 7(a).



- Payment 3: $70,000 (Seventy Thousand Dollars) due on April 21, 2023; and
- Payment 4: $50,000 (Fifty Thousand Dollars) due on April 28, 2023.[4]

WT Data Mining defaulted on all four payments when due and payable and to date has only made one payment of $20,000 (Twenty Thousand Dollars).[5] A $5,000 (Five Thousand Dollars) late fee is due for each payment WT Data Mining defaulted on, resulting in $20,000 (Twenty Thousand Dollars) in penalties which are now due and payable.[6]

As we reasonably anticipate litigation against WT Data Mining, we remind you of WT Data Mining's obligation to institute a company litigation hold. In particular, WT Data Mining and all relevant employees or others in WT Data Mining's control shall not delete, and will turn off any auto-deletion/archiving of, any communications regarding the Settlement Agreement or the Service Agreements and Invoice, including but not limited to emails, text messages, telegraph messages, Slack channels or messaging, any other workplace chat or communications medium, social media, video recordings, documents, voicemails, etc.

Given the indisputable contract terms and evidence detailed here, we look forward to receipt of payment of $260,000.00. For your convenience, we are including the payment information here. Please make the payments for the amount owed via (i) USDC to the address here: 0xE8f7A06bCcff7e9BC9d34e71E3989ff1Df530259; or (ii) via cash at the following address:

Account Name: Mason Jappa
124 West 23rd Street, 6B, New York, NY 10011
Account Number: 980671116
Routing Number: 021000021
Bank Address:
Chase Bank, 270 Park Avenue, 43rd floor New York, NY 10017

Should WT Data Mining fail to submit payment by no later than May 8, 2023, ASIC Net is prepared to enforce its rights in this matter by appropriate legal action. If you wish to discuss this further, please contact me at (914)337-1715 or tbauman@baumanlawgroup.com.

---

[4] Settlement Agreement § 4.
[5] This payment was made on April 14, 2023, over two weeks after the first payment was scheduled in the Settlement Agreement and $120,000 less than what WT Data Mining was in arrears at that time.
[6] Settlement Agreement § 5 ("If WT Data Mining defaults on a payment when due and payable, it will incur an additional $5,000 penalty for that payment, which will become due and payable on April 28, 2023.")



      Nothing herein shall be deemed or construed to be a waiver of our client's rights and remedies at law and equity, all of which are hereby expressly reserved.

Yours truly,

Timothy Bauman

Enclosures (Exhibits 1-3)