UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ASIC NET, LLC,                                          Civil Action No. 1:23-cv-08998
        *Plaintiff*,
                                              **RULE 7.1 STATEMENT**

      vs.

WT DATA MINING AND SCIENCE CORP.,
and ARTHUR DIGITAL ASSETS, INC.,
        *Defendants*.
---------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure Rule 7.1, the undersigned counsel for Plaintiff ASIC Net, LLC, a private nongovernmental party, certifies the following:

      Plaintiff affirms that there are no corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock in Plaintiff.

      ASIC Net, LLC is a Delaware limited liability company, whose sole member, Mason Jappa is a resident and citizen of New York state. Plaintiff affirms the citizenship of every individual or entity whose citizenship is attributed to Plaintiff for purposes of establishing jurisdiction based upon diversity of citizenship as follows: New York.

Dated: Bronxville, New York
         October 13, 2023

                                                                           **BAUMAN LAW GROUP P.C.**
                                                                        *Attorneys for Plaintiff ASIC Net, LLC*

                                                By:    */s/ Timothy C. Bauman*
                                                                      Timothy C. Bauman
                                                             141 Parkway Road, Suite 9
                                                                  Bronxville, NY 10708
                                                                        (914) 337-1715